# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

**August 13, 1997**

| | | |
|---|---|---|
| 19039 | State v. Niles | Affirmed |

**August 14, 1997**

| | | |
|---|---|---|
| 19750 | State v. Schlitzkus | Affirmed |

**August 18, 1997**

| | | |
|---|---|---|
| 19927 | Luberts v. Honolulu Police Dept. | Affirmed |
| 19326 | Waialae Kahala Partners v. Wong; Wong v. Hale Kulana, Inc. | Affirmed, Vacated and Remanded |

**August 20, 1997**

| | | |
|---|---|---|
| 16396 | Barrientos v. Alexandrou | Affirmed |

**August 21, 1997**

| | | |
|---|---|---|
| 16597 | Ohio State Life Ins. Co. v. Sapir | Affirmed |